# ELECTRONIC RECORD

1493-14

COA # 10-14-00035-CR

OFFENSE: Sexual Abuse of a Child

STYLE: Eric Ray Martinez v. The State of Texas

COUNTY: McLennan

TRIAL COURT: 54th District Court

TRIAL COURT #: 2012-1154-C2

TRIAL COURT JUDGE: Hon. Matt Johnson

DISPOSITION: Affirmed

MOTION
FOR REHEARING IS:
DATE:
JUDGE:

DATE: October 9, 2014

JUSTICE: Chief Justice Gray          PC _____  S _____  X

PUBLISH: _____          DNP: X

CLK RECORD: April 1, 2014          SUPP CLK RECORD:
RPT RECORD: May 7, 2014          SUPP RPT RECORD:
STATE BR: September 8, 2014          SUPP BR:
APP BR: June 12, 2014          PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # __1493-14__

- - - - - - - - - - - - - - -

__APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED,__

DATE: __01/14/2015__

JUDGE: __Per Curiam__

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____  PC: _____
PUBLISH: _____  DNP: _____

- - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____